FILE COPY

RE: Case No. 15-0057                    DATE: 5/8/2015
    COA #: 13-14-00051-CV      TC#: 46.003
STYLE: BLANCA EMID PETTY
    v. JOHN KENT PETTY

Today the Supreme Court of Texas denied the petition for review as amended in the above-referenced case.  The Motion for Reconsideration and the Motion for Findings of Fact and Conclusions of Law are denied.

MS. DORIAN E. RAMIREZ
CLERK, THIRTEENTH COURT OF
APPEALS
901 LEOPARD STREET, 10TH FLOOR
CORPUS CHRISTI, TX  78401